IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gregory Antwuan Patterson, #Y00313151, )<br>                                          )<br>                Plaintiff,     )<br>                                          )<br>vs.                                  )<br>                                          )<br>Lexington County SC Sheriff's Department, )<br>K.T. Bass, Narcotics Agent; Anthony     )<br>Whitman; and Officer NFN Gilliam,       )<br>                                          )<br>                Defendants.   )<br>_____) | C/A No.: 9:05-3466-MBS<br><br>**O R D E R** |

       Plaintiff Gregory Antwuan Patterson, proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983, asserting that his constitutional rights have been violated in various respects.

       This matter is before the court on Defendants' motion for summary judgment, which motion was filed June 13, 2006. By order filed June 14, 2006, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), Plaintiff was advised of the applicable procedures and the possible consequences if he failed to respond adequately. Plaintiff filed no response to Defendants' motion for summary judgment. On July 20, 2006, Plaintiff was granted an additional twenty days to respond to Defendants' motion. Plaintiff elected not to respond.

       In accordance with 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge George C. Kosko for pretrial handling. On August 16, 2006, the Magistrate Judge filed a Report and Recommendation in which he recommended that the case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Plaintiff filed no objection to the Report and Recommendation.

       The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court.

Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has thoroughly reviewed the record. The court concurs in the recommendation of the Magistrate Judge that the case be dismissed with prejudice pursuant to Fed R. Civ. P. 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

September 11, 2006

Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**